IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PALAMERICAN SECURITY, INC.

        Plaintiff                                  Civil Action No. 24-1108

vs.

COMPREHENSIVE HEALTHCARE
MANAGEMENT SERVICES, LLC d/b/a
BRIGHTON REHABILITATION AND
WELLNESS CENTER,

        Defendant

## DISCLOSURE STATEMENT

        Pursuant to LCvR 7.1 of the Western District of Pennsylvania, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for PalAmerican Security, Inc., in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public and that PalAmerican Security, Inc. is a citizen of the State of Florida.

        /s/ Leonard Spagnolo
Leonard Spagnolo
PA ID 41250

U.S. Counsel
PalAmerican Security, Inc.
113 Piatt Estates Drive
Washington, PA  15301

(412) 477-4748
lspagnolo@palamerican.com