IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PALAMERICAN SECURITY, INC.

    Plaintiff                                                         Civil Action No. 24-1108

vs.

COMPREHENSIVE HEALTHCARE
MANAGEMENT SERVICES, LLC d/b/a
BRIGHTON REHABILITATION AND
WELLNESS CENTER,

    Defendant

## **REQUEST TO ENTER DEFAULT**

To: The Clerk of the U.S. District Court for the Western District of Pennsylvania:

    Please enter the default of the defendant in the amount of $92,850.98 for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the below Unsworn Declaration Under Penalty of Perjury pursuant to 28 U.S.C. Section 1746.

                                         /s/ Leonard Spagnolo, Esq.
                                         Leonard Spagnolo, Esq.
                                             PA ID 41250
                                             U.S. Counsel, PalAmerican Security, Inc.
                                             113 Piatt Estates Dr.
                                             Washington, PA 15301
                                             412-477-4748
                                             lspagnolo@palamerican.com

"I declare under penalty of perjury that the foregoing is true and correct."

Executed on this 28th day of September, 2024

                                               /s/ Leonard Spagnolo, Esq.
                                               Leonard Spagnolo, Esq.