IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PALAMERICAN SECURITY, INC.

    Plaintiff                                Civil Action No. 24-1108

vs.

COMPREHENSIVE HEALTHCARE
MANAGEMENT SERVICES, LLC d/b/a
BRIGHTON REHABILITATION AND
WELLNESS CENTER,

    Defendant

## REQUEST TO ENTER DEFAULT

To: The Clerk of the U.S. District Court for the Western District of Pennsylvania:

    Please enter the default of the defendant for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the below Unsworn Declaration Under Penalty of Perjury pursuant to 28 U.S.C. Section 1746.



CLERK'S ENTRY OF DEFAULT

Date: 10/3/2024

*Carina Loushe*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena

/s/ Leonard Spagnolo, Esq.
Leonard Spagnolo, Esq.
PA ID 41250
U.S. Counsel, PalAmerican Security, Inc.
113 Piatt Estates Dr.
Washington, PA 15301
412-477-4748
lspagnolo@palamerican.com

"I declare under penalty of perjury that the foregoing is true and correct."

Executed on this 2nd day of October, 2024

/s/ Leonard Spagnolo, Esq.
Leonard Spagnolo, Esq.