IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PALAMERICAN SECURITY, INC.

    Plaintiff                                                    Civil Action No. 24-1108

vs.

COMPREHENSIVE HEALTHCARE
MANAGEMENT SERVICES, LLC d/b/a
BRIGHTON REHABILITATION AND
WELLNESS CENTER,

    Defendant

## REQUEST FOR DEFAULT JUDGMENT

To: The Clerk of the U.S. District Court for the Western District of Pennsylvania:

    Upon the Unsworn Declaration Under Penalty of Perjury pursuant to 28 U.S.C. Section 1746, , please enter judgment by default against Defendant Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center ("Defendant") in the above-entitled action in the amount of $92,850.98, plus costs.



/s/ Leonard Spagnolo, Esq.
    Leonard Spagnolo, Esq.
      PA ID 41250
      U.S. Counsel, PalAmerican Security, Inc.
      113 Piatt Estates Dr.
      Washington, PA 15301
      412-477-4748
      lspagnolo@palamerican.com

UNSWORN DECLARATION FOR DEFAULT JUDGMENT

I, Leonard Spagnolo, Esq., hereby declare under penalty of perjury that I am the attorney for the Plaintiff in the above-entitled action; that the amount due to Plaintiff from the Defendant is $92,850.98, plus costs; that the Defendant is not a minor or incompetent person; that the default of the Defendant has been entered for failure to appear in the action; that the amount shown is justly due and owing, that no part thereof has been paid; and that the Defendant is not in the military service of the United States.

Executed on this 3rd day of October, 2024

/s/ Leonard Spagnolo, Esq.
    Leonard Spagnolo, Esq.

Counsel for PalAmerican Security, Inc.