IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PALAMERICAN SECURITY, INC.

    Plaintiff                                                         Civil Action No.  24-1108

vs.

COMPREHENSIVE HEALTHCARE
MANAGEMENT SERVICES, LLC d/b/a
BRIGHTON REHABILITATION AND
WELLNESS CENTER,

    Defendant

To: The Clerk of the District Court:

      Kindly mark this case settled and discontinued as the judgment in this case has been satisfied in full.

                                                   Respectfully submitted:

                                                   <u>/s/ Leonard Spagnolo</u>
                                                   Leonard Spagnolo
                                                   PA ID 41250

                                                   U.S. Counsel
                                                   PalAmerican Security, Inc.
                                                   113 Piatt Estates Drive
                                                   Washington, PA  15301

                                                   (412) 477-4748
                                                   lspagnolo@palamerican.com